UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:   Blaise Robert DiDonato,

Rosemary DiDonato,

                        Appellant,

v.                                         Case No. 2:12–cv–13968–PDB–MKM
                                                    Hon. Paul D. Borman

Dennis Conley,

                        Appellee,

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

Motion to Withdraw Reference – #1

- RESPONSE DUE:  October 10, 2012
- REPLY DUE:  October 31, 2012
- MOTION HEARING:  March 5, 2013 at 03:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/D. Goodine
                                                          Case Manager

Dated:   September 19, 2012